1:26-cv-05296-CM Document 14 Filed 07/30/26 Page 1 of 2

K&L GATES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/2026

July 30, 2026

Alexander D. Walsdorf
Associate
alex.walsdorf@klgates.com

T +1 212 536 4020

Via ECF

**Re:** ***Stealth Consulting Management, Inc. v. Viking Data Centers LLC, et al.*,**
**Case No. 26-cv-5296-CM**

**Request to Adjourn Case Management Plan Pending Motion to Dismiss**

Dear Judge McMahon:

We represent Defendants Viking Data Centers, LLC, Wen Xiao Li, Anna Bergljot Wathne, Soffia Wathne, Stefan Wathne, and Kazim Tahir-Kheli in the referenced case. We write with the consent of Plaintiffs to request that the Court adjourn entering any case management plan pending Defendants' motion to dismiss, which will be filed by the 60-day deadline granted by the Court. (*See* ECF No. 13).

The Court's Order Scheduling An Initial Pretrial Conference (ECF No. 8), dated July 1, 2026, provides that the parties shall complete and sign the Civil Case Management Plan and file it on the Court's ECF within thirty days. The Order continues that if a motion has been filed either before or after the case management plan is approved, and the parties desire a conference, a letter must be submitted to the Court specifically asking that the initial conference not be canceled.

As noted, Defendants will move to dismiss the complaint, including on jurisdictional grounds. Defendants do not believe it is appropriate to enter into a case management plan requiring discovery to commence while the motion is pending. As such, Defendants respectfully request that the Court adjourn the deadline to submit a case management plan, as well as the October 22, 2026 case management conference, pending resolution of Defendants' anticipated motion to dismiss.

Defendants have conferred with Plaintiffs regarding this request, and Plaintiffs agree to the adjournment, reserving all their rights and arguments.

Request granted. Conference cancelled.

Colleen McMahon
7/30/2026

Case 1:26-cv-05296-CM Document 14 Filed 07/30/26 Page 2 of 2

Sincerely,

*/s/ Alexander D. Walsdorf*

Alexander D. Walsdorf

599 Lexington Avenue
New York, New York 10022
Phone: 212-536-3900
alex.walsdorf@klgates.com

*Attorneys for Defendants*

July 30, 2026