**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

STEALTH CONSULTING MANAGEMENT, INC.
AND FINTREE HOLDING GROUP,

Plaintiffs,

v.

VIKING DATA CENTERS LLC, WEN XIAO LI,
SOFFIA WATHNE, ANNA BERGLJOT WATHNE,
STEFAN WATHNE, KAZIM TAHIR-KHELI,

Defendants.

-------------------------------------------------------------x

Case No.: 1:26-cv-05296-CM

**NOTICE OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

**PLEASE TAKE NOTICE** that, upon this Notice, the accompanying memorandum of law, declaration of Soffia Wathne dated September 21, 2026, and exhibits attached thereto, and all other pleadings and papers filed herein, Defendants Viking Data Centers LLC, Wen Xiao Li, Soffia Wathne, Anna Bergljot Wathne, Stefan Wathne, and Kazim Tahir-Kheli ("Defendants"), by their attorneys, K&L Gates LLP, will move this Court before the Honorable Colleen McMahon, United States District Judge, at the United States Courthouse, 500 Pearl Street, Courtroom 24A, New York, New York 10007, for an Order dismissing all claims asserted against them in the above-referenced action in accordance with Federal Rules of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(6), and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
September 21, 2026

Respectfully submitted,

**K&L GATES LLP**

By: */s/ Joanna A. Diakos*
Joanna A. Diakos
Alexander D. Walsdorf
599 Lexington Avenue
New York, New York 10022
(212) 536-3900
joanna.diakoskordalis@klgates.com
alex.walsdorf@klgates.com

*Attorneys for Defendants*