UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEALTH CONSULTING MANAGEMENT, INC. AND FINTREE HOLDING GROUP,

Plaintiff(s)

- v -

VIKING DATA CENTERS LLC, WEN XIAO LI, SOFFIA WATHNE, ANNA BERGLJOT WATHNE, STEFAN WATHNE, KAZIM TAHIR-KHELI,

Defendant(s)

**RULE 7.1 STATEMENT**

1:26-cv-05296-CM

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Defendant Viking Data Centers, LLC

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

Viking Data Centers, LLC is wholly owned by Wathne Viking LLC.

Wathne Viking LLC is wholly owned by Ingleton USA, Inc.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

The sole member of Viking Data Centers, LLC is Wathne Viking LLC.

The sole member of Wathne Viking LLC is Ingleton USA, Inc.

Ingleton USA, Inc. is a corporation incorporated in the state of Delaware.

9/21/26

Date

/s/ Joanna A. Diakos

Signature of Attorney

JD-7269

Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).