K&L GATES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 10/14/2026

October 13, 2026

Alexander D. Walsdorf
Associate
alex.walsdorf@klgates.com

T +1 212 536 4020

Via ECF

MEMO ENDORSED

**Re:** ***Fintree Holding Group v. Viking Data Centers LLC,*** **Case No. 26-cv-5296-CM**

OK
Colleen McMahon
10/14/2026

**Joint Request for Briefing Schedule**

Dear Judge McMahon:

We represent Defendant Viking Data Centers, LLC in the referenced case. We write with the consent of Plaintiff Fintree Holding Group to propose the following briefing schedule relating to Plaintiff's Amended Complaint, filed on October 2, 2026 (ECF No. 20):

The time for Defendant to move to dismiss the Amended Complaint is extended from October 16, 2026 to October 30, 2026.

The deadline for Plaintiff to oppose Defendant's motion to dismiss is December 4, 2026.

The deadline for Defendant to file a reply in support of its motion to dismiss is December 18, 2026.

This is the parties' first request relating to briefing deadlines for Plaintiff's Amended Complaint.

Sincerely,

*/s/ Alexander D. Walsdorf*
Alexander D. Walsdorf

599 Lexington Avenue
New York, New York 10022
Phone: 212-536-3900
alex.walsdorf@klgates.com

*Attorneys for Defendant*